**LEWIS AND ROCA LLP — LAWYERS**

40 North Central Avenue
19th Floor
Phoenix, Arizona 85004-4429

Ann-Martha Andrews, State Bar No. 012616
   Direct Dial: (602) 262-5707
   Direct Fax: (602) 734-3764
   EMail: AAndrews@LRLaw.com
Kristina N. Holmstrom, State Bar No. 023384
   Direct Dial: (602) 262-5762
   Direct Fax: (602) 734-3875
   EMail: KHolmstrom@LRLaw.com

Attorneys for Defendant
Unum Life Insurance Company of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| David Weibe,<br><br>            Plaintiff,<br><br>   vs.<br><br>Unum Life Insurance Company of America;<br>Pacific Union College, Association of<br>Independent California Colleges and<br>Universities Long Term Disability Plan,<br><br>            Defendants. | No. CV10-01449-PHX-MHM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, having settled their dispute, hereby stipulate that the Court shall dismiss the matter with prejudice.  Each party will bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 30th day of September, 2010.

| SCOTT E. DAVIS, P.C. | LEWIS AND ROCA LLP |
|---|---|
| By /s/ *Scott E. Davis*<br>   Scott E. Davis<br>Attorney for Plaintiff | By /s/ *Ann-Martha Andrews*<br>   Ann-Martha Andrews<br>   Kristina N. Holmstrom<br>Attorneys for Defendant<br>Unum Life Insurance Company of<br>America |

2241803.1